UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRYAN VARGAS,

Plaintiff,

v.

WALMART ASSOCIATES INC., *et al.*

Defendants.

Case No. 1:26-cv-08098-JLT-EPG

ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(ii) WITH PREJUDICE

(ECF No. 6)

On October 30, 2026, the parties filed a joint stipulation of dismissal with prejudice, stating the following:

> Plaintiff BRYAN VARGAS ("Plaintiff") and Defendants WAL-MART ASSOCIATES, INC. and EDDIE GALANG (erroneously sued as "EDDIE GALONG") (together, the "Defendants") (Plaintiff and each Defendant, a "Party," and together, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all Parties, with each Party to bear its own attorney's fees and costs.

(ECF No. 6)

In light of the parties' stipulation, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and has been dismissed with prejudice.

IT IS SO ORDERED.

Dated: **November 2, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE